LA

# United States District Court
# Eastern District of Wisconsin

CLERK USDC EDWI
FILED
2025 FEB 28 P 1:35

.Amended.

( full name of Plaintiff)
Charles Edward Allen

V.

( Defendants Names to Best of Ability) et al.

Dr. Joseph McClean
Dr. Laura Sukowaty
Dr. Mariah M. Collicott
Nurse Thomas M. Sarnowski
Warden Steven Johnson
Deputy Warden Julie Wetzel
Kristen Pawlak
Shannon Bryant
Carla Au
Diana Hippert
Bradley Everson
Tamarah Crowther-Tote
Milwaukee Secure Detention/Medical Hsu staff

Case Number:

24-C-1336

## A. PARTIES

1. Plaintiff is a citizen of Milwaukee, Wisconsin located at Milwaukee Secure Detention facility. 1015 North 10th street - Milwaukee, Wisconsin 53233.

Complaint - 1

2. Defendants.
1. Milwaukee Secure Detention Facility / Hsu medical staff.
2. Dr. Joseph McClean
3. Dr. Laura Suhowaty
4. Dr. Mariah M. Collicott
5. Nurse Thomas M. Sarnowski
All works as medical staff. They are all located at MSDF 1015 North 10th Street Milwaukee, Wisconsin 53233. They are all citizens of Milwaukee Wisconsin.

Steven Johnson works as the Warden at MSDF
Julie Wetzel works as the Deputy Warden at MSDF
Bradley Everson works as the Security Director at MSDF
Kristen Pawlak works as the Unit Manager at MSDF
Shannon Bryant works as the Unit Manager at MSDF
Tamarah Crouther-Tole work as the Sargent at MSDF
Diana Hippert works in the Business office at MSDF
Carla Au works as the Business office Supervisor at MSDF
They are all located at Milwaukee Secure Detention Facility 1015 North 10th street Milw. WI 53233. They are all citizens of Milwaukee Wisconsin

## B. STATEMENT OF CLAIM "Amended Complaint"

Your Honor, I am currently being denied medical attention for something that May cause me to die, and that has caused serve internal damage. Right now on a scale of zero to ten, My pain is a ten! My pain is beyond horrible, I am suffering tremendously, I can't stop crying nor can I sleep comfortably. On August 14th 2024 at approximately 7:45pm, I opened a cup of Eastview Farms Habanero Cheddar Cheese Cup. I scooped two large Servings of the freshly opened cheese into a bowel of Ramen Noodles, I mixed the cheese firmly into the noodles and even licking the noodles and cheese that was stuck to the spoon. I then ate the entire bowel of Noodles & Cheese. Hours later I felt very nauseated with sharp pains in my stomach as if someone had an ice-pick taring my insides apart. I layed every way possible to ease the my pain but even moving made my pain too much to bear. I ended up in a fetal position. I finally forced myself up, because I figured the cheese cup was out-dated and maybe this was food poisoning. Once I checked the date of the Cheese it read 4-30-2025 which meant the Cheese was not expired. I then lifted the Cheese Cup lid to see over 20 live maggots swimming all over the lid, inside of the Cheese I saw many more live maggots swimming inside of the Cheese along with many dead flies. I started vomitting, at least two times the night of 8-14-2024 Being new on the 9A unit inside of MJSOF after pressing the emergency inter-com to alert the 3rd shift Sargent of what was going on with me, I did not Know the name of the Sargent I was Continueously denied access to getting the name of that Sargent. The Sargent told me I have to put in a blue slip and wait until I am called. I woke up unable to move and now in even more pain, I was then able to get out of bed, I then spoke to Sargent Michael 8-15-24 Jones about everything during 1st shift, He also told me to put in a blue slip, which I did as directed, but I still have yet to received adequate medical attention!

Complaint-**2**

knowing my medical need was urgent, I asked sargent Jones if he can call a Lieutenant or Captain. Sargent Jones told me he will call Hsu (Health Service unit) but knowing he at times are very forgetful, hours later I showed sargent Jones the maggots inside of the cheese cup along with the dead flies. Sargent Jones became discussed, saying "ecwww man I dont want to see that," I once again told him about my symtoms, Sargent Jones stated I forgot to call Hsu "but I will do it now." I never seen Hsu staff and Sargent Jones shift ended. Still August 15th 2024 now 2nd shift I then told officer Harper about my symptoms and I also showed him the cheese cup he in turn to Sargent Levy. later that night I went to the officer's station and explained my stomach pains and other symtoms, Sargent Levy replied and stated "I called Hsu earlier they claim they were coming." She then called Hsu while I was present and listening. She told Hsu all my symtoms & what my symtoms stem from, ingesting dead ■ flies & live maggots. Sargent Levy stated "they said they are not gonna see you and to put in a blue Hsu slip "again". Sargent Levy stated "Yeah they wrong for that make sure you document everything." End Quote August 16th 2024 still experiencing burning sensations inside my stomach, diarrhea, nausea, headaches and vomiting. 1st shift Sargent Dawson was the next person I told about my symtoms & I also showed sargent Dawson the infested cheese cup she screamed, and didn't want to see the cheese anymore, she assured me she will call Hsu. This happened around 7:30am 8-16-24. At 9:30am Ius Kristen Pawlak not caring about how sick I was, stated "I want that cheese cup," I stated I need pictures & video this is my only evidence, Ius pawlak then stated your right and left the unit after I showed her the cheese cup. Around 10:30am 8-16-2024 I finally seen a nurse he/RN Thomas Case 2:24-cv-01336-LA    Filed 02/28/25    Page 4 of 16    Document 14 140/91

Complaint-4

My blood pressure was high but RN Thomas Sarnowski nonchalantly stated "oh I'm sure your blood pressure is high because your upset." I stated "I'm not upset sir I'm in pain after ingesting dead flies and live maggots I really need to go to the hospital." Then RN Thomas Sarnowski told me maggots inside my stomach is nothing and told me I dont need to see a doctor in HSU nor go to a hospital, and he told me he will give me tums he told me that's all I need for pain, he lastly stated "think of it this way in other countries maggots & flies are delicacies" and laughed as he walked away. I took all of the tums they made my stomach pain worse. I was forced to continue to put in multiple HSU form begging for help & pain relief, I continue to endure horrible stomach pains, diarrhea, nausea, vomiting, dizziness and headaches. later that day Ius Pawlak came to take pictures stating "the business wants pictures", While on a video visit I showed my wife the infested cheese cup. Security Director Everson came to tell me he will put me in the hole if I show my wife the cheese cup again, he then stated give me the cheese cup." I stated "the Deputy warden, and the Unit manager Pawlak said I can keep it for my own evidence I have a lawyer coming in to take "pictures" of the cup." Bradley Everson became angry and stated "I will put your ass in TLU" (the hole), so ██████████████ being afraid and feeling beyond intimidated I gave Bradly Everson the cheese cup. I began to feel emotionally disturbed, afraid, scared and helpless, I was not getting any medical care nor was my ingesting countless dead flies & live maggots being treated as an emergency medical issue, and the MSDF staff was only concerned about me telling people outside of the MSDF walls trying to conceal the matter of being. I was being punished!

Case 2:24-cv-01336-LA   Filed 02/28/25   Page 5 of 16   Document 14

Complaint 6

9 days later after writting multiple Hsu blue slips and still having diarrhea, vomiting, nausea, headaches and horrible stomach pains 8-22-2024 I was finally able to see a Health service Doctor, by this time I'd had already started passing maggots threw my stool at times. Dr. McClean was the Dr. seeing me I described the entire incident as well as my symtoms, I described how the maggots looked as well the flies. Dr. McClean researched and showed me multiple pictures of flies I then pointed out the most familiar fly which were "Cheese flies." I also told the Dr. that when I pee it burns and when I have bowel movements it burns and hurt extremely bad all can do is cry. frantically I asked Dr. McClean to have me admitted to a hospital, (while in tears) Dr. McClean to me pain is subjective and I cant be in that much pain. I then asked Dr. McClean why isn't my medical issue being treated seriously, Dr. McClean doubled down on his recent statement saying, "Pain for you people is subjective." Still having diarrhea mid conversation I rushed to the bathroom, and had a bowel movement, noticing maggots inside the toilet and when I wiped there were maggots on the tissue I then called Dr. McClean to the bath-room. I then showed him the maggots on the tissue and inside the toilet. We then went back inside of Doctor McClean's office, McClean then prescribed me Polyethyane glyc. Powder 17GM for constipation, and I didn't understand because I was already experiencing diarrhea for over 9 days he then gave me ondansetron oral tablets usp 4MG for nausea. After wittnessing me passing maggots Dr. McClean only noted it in my medical records he still told me he dont think I need a outside Hospital. None of the medicine helped my pain,

Complaint-6

increased, I continued to write the Health Service unit, with no help or pain relief or prompt help and or aid. I continued to remain in constant pain, feeling the maggots moving in my stomach, I start to pass more maggots threw my stools dead and alive, even passing the dead flies & larvae I would tell officer Harper, sargent Levy and sargent Dawson about the passing of the bugs and they would call and tell Ius Kristen Pawlak so she could come to take pictures and or note it but Kristen pawlak stated "No, Dr. McClean already noted the passing of maggots threw his stools." Finally at this late timing, I seen a nurse during the end August 2024 I told him about the burning sensations while peeing & having bowel movements along with the passing of maggots, flies and larvae threw my stools, the nurse then ordered a stool sample, but nothing for my horrible at time unbearable stomach pains. I completed the stool sample noticing there were maggots inside of the stool sample I was finally relieved to know or "think" I would now be giving real medical attention and pain relief, but for almost 3 weeks close to a month I heard nothing about the results of the stool sample. I continued having beyond horrible sharp throbbing stomach pains, headaches, burning & bloodly stools and urin, nausea, and occasional vomiting, I consistantly wrote Health services about my symtoms and pain. I finally seen a Dr. (Dr. Laura Sukowaty) 9-20-24 whom became very defensive and mildly angry when I stated "Why is Hsu treating my situation like it isnt serious I have not recieved any real medical relief / care". I explaind the entire incident pretaining the cheese cup, maggots & dead flies as well as my symtoms I even stated Dr. McClean actually seen the maggots in my stool 8-22-24 my blood presure was 150/92 and did the bear minimum and told me my pain is subjective. Very aggressivly Dr. sukowaty stated, Well Dr.

Complaint-7

Mcclean nolonger works here." She down played my medical issues by saying, are you sure your passing maggots in your stool," of course I stated "Yes." DR. Sukowaty stated "I can give you a pill that can kill any bug in your body but I will not give it to you untill you give me a stool sample." I then stated "I just gave you guys an infested maggot stool sample in late August and on top of that DR. Mcclean wittnessed maggots in my stool August 22nd 2024," DR. Sukowaty told me that the first stool sample I gave in August 2024 was cancelled, and if I give her a 2nd sample she will send me to the hospital. I stated that's strange Dr Mcclean suddently retired, and the stool sample I sent in with maggots inside was oddly cancelled." DR. Sukowaty became more visibly upset and stated "we are done here". Not giving me any pain medications, the pill she claimed could kill any bug inside of me, she gave me nothing! Days weeks and more time had post and I continued to experience all of the same symtoms but the lower abdomen pain increased, I still randomly passed maggots and blood threw my stools; blood threw my urine. I completed 3 more stool samples 1 out of the 3 stool samples were again filled with maggots, November 15th 2024 While sitting in now the new DR, Mariah's office, I stated to Dr. Mariah all together I have giving you guys 4 stool samples 2 out of the 4 were filled with maggots but the first one was strangely cancelled, the third sample that was infested with maggots, claimed to be negative for maggots," Dr Mariah stated "that test wasn't looking for maggots it was a test for parasites," I stated isn't maggots parasites?" And your basically telling me the maggots were over looked; not noted only because you claim the test was only to detect parasites" I again stated Dr maclean seen the maggots passing threw my stool

and "he also noted it as well," "Why does it seem as if MSOF is trying to cover this incident up? "I have not been to a hospital, had any pain medications for the pain, no medicine to "kill the maggots inside of me," De. Mariah stated Well (while using air quotes) I'm tired of "hearing about this same maggot stuff," she aggressively opened the office door to the point the door slammed against the wall very hard and stated "Get out of my office" shocked, afriad and frazzled without saying a word I walked out of her office, I attempted to file an inmate complaint but it became a pattern that any of my ICE's I write will always get Denied and or rejected. October 2024 on the 2nd was when the Hsu staff, the business office and the entire MSOF staff was put on noticed That I filed a lawsuit only because on september 30th 2024 I sent a large envelope containing my 1983 lawsuit packet down to the business office to take the $405 dollars out of my account for the price of the filing fee, but september 1st 2024 business office worker Diana Hippert sent back my $405 dollar filing fee disbursement back saying I need to get unit managers signiture," Diana Hippert also stated "The business office also is keeping your large (unsealed) envelope" I instantly wrote the business office back 10-1-24 asking for my envelope back I even had sargent Jones & Dawson call to the business office asking for my envelope back but to no avial 10-2-24 I received a letter from business office Supervisor Carla Au stating "the business office does not have your envelope nor do we know what your talking about." I again had sargent levy & hernandez call the business office they to were told there is no large envelope for charles Allen here. I was now beyond worried I spoke to unit manager Kenndy whom told me Quote "Yeah man they reading your lawsuit and passing it around," now they're gonna flagg your mail." End Quote. Unit manager Shannon Bryant & Kristen paulak both told me they not gonna sign my disbursement

Complaint:9

further delaying the process. I once again attempted to write an ICE (inmate complaint) on Ius Shannon Bryant; kristen pawlak for denying to sign my disbursement slip to send out my lawsuit which is apart of there job, but like usual my ICE was denied. After writting Countless interview request slips begging the business office for my lawsuit, 10-2-24 I sent out a copy of my lawsuit to my wife, I had to fill out another disbursement form because the envelope was a regular sized so it weighed (the 1983 lawsuit copy) over the limit so I was charge extra postage. ironically Diana Hippert was the business office worker whom signed my disbursement form, the envelope NEVER made it to my wife to this present day! I had to send a 2nd copy of my 1983 lawsuit to my wife in another inmates name just so she would get it. 10-3-24 Carla Au had my lawsuit in her hands and stated "No one read your lawsuit." "I just left kristen pawlak's office if you still have the filing fee disbursement she is ready to sign it and I found your envelope." I stated "No I will just have my wife pay for can I just get my lawsuit back" Carla Au was very hesitant in giving me back my lawsuit, saying "lets just get this done." I again asked for the lawsuit back, Carla Au paused for a minute then handed me my large yellow envelope containing my lawsuit I instantly noticed the unsealed flap was crumbled when I pulled out the lawsuit it was crumbled (the lawsuit papers) at the bottom of the papers, showing the lawsuit was pulled out the envelope countless times and thrusted back inside of the envelope. Captain Berndt saved the footage of me pulling out the lawsuit October 3rd 2024 which shows that my initial lawsuit was compromised and tampered with. Since the business office kept my lawsuit from 9-30-24 to 10-3-24 every piece of mail I've send out in my name never makes to it's intended place, even to this day. I also filed an ICE on the

Complaint-10

business office workers Carla Au and Diana Hippert and again I was denied. I have been targeted and retaliated against every day after filing or attempting File My 1983 lawsuit. My cell was searched 5 times in 5 days per kristen pawlak and Security Director Bradley Everson. I have been denied services by unit manager kristen pawlak multipule times and 3 times loudly and very aggressively while the entire 9C inmate population was present as well as officer Donaldson & sargent Michael Jones as Pawlak told me "I'm not helping you nor do I want to talk to you now put that in your lawsuit," this was November 11th 2024, she told me "She's not speaking to me and I dont have time for your mess," meanwhile she Continued to help and talk to many other inmates, this would continue to go on (retaliation) for months even during this present day I filed an Inmate Complaint against pawlak but it was of course denied. I have reached out to the Govenor Evers about not receiving any real medical Care and also the retaliation which upseted Warden steven Johnson, Deputy warden Julie Wetzel, Security Director Bradley everson, Ius Pawlak and other MSOF staff the only way I was able to reach the Govenor Evers is through a Correspondence application on the Computer inside the law library. I wrote Mayor Cavalier Johnson multiple times in November 2024 & December 2024 through us postal mail and of course I had Send the mail in another inmate's name. I never received a response from the Mayor, Johnson. I was told by multiple MSOF staff that I Quote f'd up with filing this lawsuit and contacting the Govenor Evers & even more For contacting the Mayor because he (Mayor Johnson) is the warden's "brother" thus explains why the Warden has not responded to things only he can respond to, My daughter's mother Was denied in August 2024, on the paper it states he denied it while the warden, I wrote him August,

Complaint-11

September 2024, October 2024, November 2024, December 2024 and January 2025, I recently received a response after 6 months from the warden only because I once for the several time wrote the Governor about my ongoing stomach pains, bloodly urine & bloodly bowel movements, the lack of medical attention, Staff targeting me or never responding for months, always denying all of my ICE's (inmate complaints) and how the warden refuses to respond to my Visitors deniel, Warden Johnson responded February 2025, saying "file a ICE on him" and he will not continue to respond to me. Sargent Crowther-tole told me "this is what happens when you file a lawsuit on people." End Quote. In January 2025 I wrote the Health Unit Services telling them how I am still having the same sharp throbbing stomach pains and bloodly urine. I've been expericencing since 8-14-24 after eating the Eastview farms Habanero Cheddar Cheese cup filled with maggots and dead flies. I wrote them three times in January alone oddly I was met by Sarah S. Marson I was not able to see a doctor I was told by Sarah S. Marson (Nurse) that I would be charged a co-payment, I became confused because since I became sick after eating the cheese cup maggots and flies I was never charge for a sick call or going to the health service unit to see a doctor. I have all of my HSU receipts, each time I wrote HSU I was told I would now have to pay. from August 14th 2024 to November 2024 I did not received any medical attention, medicine for my pain, no medicine for the maggots coming through my stool I was never sent to the Emergency room or hospital by the time the entire facility knew I filed a lawsuit was when HSU then tried to act as tho they were concerned by treating or testing things that had nothing to do with

Complaint-11

If DR. Sukowaty gave me the Pill she claimed would kill any bug things would've been o[r]
If DR. McClean sent me to the hospital 8-22-24 things wouldn't got this bad as far as Pain. My symtoms or medical problems and by the time Hsu pretended to show concern many months later my symtoms became serve and presently still lingers, no treatment and a lack of no concern for my injesting of many live maggots, dead cheese flies and larvae caused long term horrific stomach pain that can become unbearable at times making it hard to eat sleep, drink and stand. Blood continues to pass threw my urine. MSDF & the Hsu staff continues sweeping the actual cause of my pain and symtoms under the rug! I still have headaches so serve lighting intensify the the pain I have been suffering for months, Please don't allow me to continue to suffer in this building, I sent 13 letters out in November to 13 different lawyers asking for there council. Myself and my wife have called each lawyer, they all stated they have not received any documents from me, my wife, mother, kids, mothers of my kids and legal people have not received any mail I send out since October 2 2024 to this present day! I have a right to send mail but I cant, I have become very afraid for my life and safety having MSDF staff targeting, harrassing me. tampering with my mail regular and legal, I am being denied basic help by staff do to retaliation from the filing this initial lawsuit, I have been threaten by staff, I have and still been denied medical care even being kept in this facility is a total conflict of interest and very bad for my existance, Ever step I take to speak out, ask for medical care, file ICE's are hindered I am being deprived of basic human rights and needs. I should have been sent to a real hospital it's obvious MSDF and the Hsu staff are beyond inadequate in proforming the jobs they are paid by the state to do. Please save and release me from this place! sincerely

Charles Edward Allen

Complaint-13

## C. JURISDICTION

☒ I am suing for violation of federal law under 28 U.S.C. § 1331.

## D. RELIEF WANTED

1.) IMMEDIATE RELEASE FROM THE MILWAUKEE SECURE DETENTION FACILITY.

2.) THE REMAINDER OF TIME DROPPED

3.) 500,000$^{00}$

I am requesting the above wants due to the near life threating experience pain & suffering, emotional distress, no immediate and adequate medical care and attention cruel and unusual punishment, harassment, mail tampering, and overall deprivation and retaliation, Damages resulting from medical negligence.

Complaint 14

E. July DEMAND
☒ Yes, I want a Jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct

Complaint Signed this __7th__ day of __February  2025__

Respectfully submitted


_Charles Allen_
Signature of Plaintiff


__588274__
Plaintiff Prisoner ID Number


Milwaukee secure Detention Facility
1015 North 10th Street Milwaukee Wisconsin
53233
Mailing Address of Plaintiff

Filing fee paid in full already.

Charles Allen
88274 - 9C Cell-21
Milwaukee Secure Detention Facility
PO Box 189
Phoenix, MD 21131

Clerk of Co
United State Di
Eastern District of Wisconsin
E 517 E. Wisconsin Ave RM 362
Milwaukee, WI 53202





US POSTAGE IMI 908850225194841 2000392967
$6.89
SSK
FCM
F
02/25/25 Mailed from 53221 028W2311114

**USPS FIRST-CLASS MAIL®**

CHARLES ALLEN
PO BOX 189
PHOENIX MD 21131-0189

2.50 oz
RDC 99

SCANNED
FEB 2 8 2025
U.S. Marshals Service
Eastern District of Wisconsin

SHIP TO:

**CLERK O COURT**
**UNITED STATES DISTRICT COURT EAST**
**517 E WISCONSIN AVE**
**MILWAUKEE WI 53202**

**USPS CERTIFIED MAIL®**

9507 1067 0196 5056 3735 34