# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CHARLES E. ALLEN,
        Plaintiff,

                v.                                    CASE NUMBER: 24-cv-1336

JOSEPH MCLEAN, et al.,
        Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's case is **DISMISSED** on Summary Judgment.

1/7/2026                                                    Linda M. Klemm
Date                                                              Clerk

                                                            /s Alexis H.
                                                            (By) Deputy Clerk